October 14, 1983.

467 A.2d 52

Awglis, Appellant v. Esh, et al.

Argued June 9, 1982. Emil Awglis, appellant, in propria persona; Samuel M. Mecum, for appellees.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.

467 A.2d 52

Commonwealth v. Austin, Appellant.

Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted July 26, 1983. William P. James, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.